**In re Thomas APPLE, Paul Noble, John Footen, and Andrew Klein.**

No. 04–1530, 08/736,143.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2004.

*ORDER*

Upon consideration of the parties' joint motion to remand the case to the United States Patent and Trademark Office for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**BUDDHA BAR, INC., Appellant,**

v.

**GEORGE V. RESTAURANT (S.A.) CORPORATION, Appellee.**

Nos. 05–1004, 91/124,298.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2004.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Damian FONSECA, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3001.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2004.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.